SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
ANDREW KEENAN
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Andrew.Keenan@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARLOS RECINOS-VALDEZ,<br><br>and<br><br>KEVIN RECINOS-RUANO,<br><br>　　　　　Defendants. | 3:25-mj-00043-CLB<br><br>**ORDER APPROVING STIPULATION TO CONTINUE PRELIMINARY EXAMINATION** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through SUE FAHAMI, Acting United States Attorney for the District of Nevada, and ANDREW KEENAN, Assistant United States Attorney, counsel for the United States of America, JANICE HUBBARD, counsel for KEVIN RECINOS-RUANO, and SEAN MCCLELLAND, Assistant Federal Public Defender, counsel for CARLOS RECINOS-VALDEZ, that the preliminary examinations under Fed. R. Crim. P. 5.1 currently set for April 1, 2025, at 3:00 p.m., be continued until April 3, 2025, at 3:00 p.m. Through counsel, defendants waive the

14-day deadline under Fed. R. Crim. P. 5.1(c) and, taking into account the public interest in the prompt disposition of criminal cases, consent to one continuance pursuant to Fed. R. Crim. P. 5.1(d) until April 3, 2025, at 3:00 p.m.

DATED this 27th day of March, 2025.

| | |
|---|---|
| SUE FAHAMI<br>Acting United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ *Andrew Keenan*<br>ANDREW KEENAN<br>Assistant United States Attorney | /s/ *Sean McClelland*<br>SEAN MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for Defendant Carlos Recinos-Valdez |
| | /s/ Janice Hubbard<br>JANICE HUBBARD<br>Counsel for Defendant Kevin Recinos-Ruano |

IT IS SO ORDERED.

_____
HON. CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

DATED: March 28, 2025.